

FILED

FEB 10 2003

CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| STEVEN C. EMERY, ROCKY LE COMPTE, and JAMES PICOTTE, <br><br> Plaintiffs, <br><br> vs. <br><br> ROGER HUNT, in his official capacity as Speaker of the South Dakota House of Representatives; SOUTH DAKOTA HOUSE OF REPRESENTATIVES; CAROLE HILLARD, in her official capacity as President of the South Dakota Senate; SOUTH DAKOTA SENATE; and JOYCE HAZELTINE, in her official capacity as Secretary of State of South Dakota, <br><br> Defendants. | CIV. NO. 00-3008 <br><br> **SATISFACTION OF ORDER AND JUDGMENT** |

COME NOW the Plaintiffs above-named, and hereby acknowledge complete satisfaction of the judgment and order of the Court in the above-referenced matter awarding costs and attorney fees, which judgment and order was dated December 11, 2002, and which judgment and order awarded attorney's fees and costs to counsel for Plaintiffs. Plaintiffs specifically acknowledge payment in

full of attorney's fees, costs and disbursements as provided in said order.

Dated this 31st day of January, 2003.

*Laughlin McDonald*
LAUGHLIN MCDONALD
Attorney for Plaintiffs/Appellants
American Civil Liberties Union
Foundation, Inc.
2725 Harris Tower
233 Peachtree Street NE
Atlanta, GA  30303

State of Georgia    )
                    )ss
County of Fulton    )

On this the 31st day of January, 2003, before me the undersigned, a Notary Public within and for said County and State, personally appeared Laughlin McDonald, known to me to be the person described in and who executed the foregoing instrument and acknowledged to me that he executed the same.

*Donna Matern*
Notary Public

(SEAL)      Notary Print Name: DONNA L. MATERN
            My Commission Expires: Notary Public, Fulton County Georgia
            My Commission Expires Feb. 14, 2004

2